1  DAVID P. MASTAGNI (SBN 57721)
   GRANT A. WINTER (SBN 266329)
2  EMILY J. GUERRA (SBN 315444)
   **MASTAGNI HOLSTEDT, APC**
3  1912 I Street,
   Sacramento, California 95811
4  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
5  gwinter@mastagni.com

6  Attorneys for Plaintiff LEONARD BROWN

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BROWN, an individual,<br><br>　　　　Plaintiff,<br>v.<br><br>ARAMARK; ARAMARK UNIFORM & CAREER APPAREL GROUP, INC.; ARAMARK UNIFORM SERVICES, INC.; and, DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-01210-TLN-AC<br><br>**STIPULATED REQUEST TO MODIFY PRE-TRIAL SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF AND EXPERT WITNESS DISCLOSURE AND ORDER**<br><br>Complaint Filed: June 8, 2017 |

This stipulation and request is entered into between Plaintiff Leonard Brown and Defendant Aramark Uniform & Career Apparel, LLC (hereinafter "Aramark"). Both parties hereby request that the Court modify the Pretrial Scheduling Order (Docket No. 9) to permit an extension of the non-expert discovery completion date for two months from the current deadline of April 30, 2018 to June 30, 2018. The parties also request an extension of approximately one month for the disclosure of expert witnesses from the currently scheduled deadline of June 28, 2018 to July 31, 2018. The parties do not seek any other continuances or changes to the Pretrial Scheduling Order at this time and anticipate that the requested changes to the discovery cut-off and expert disclosure deadline will not impair the other deadlines set in the current Pretrial Scheduling Order.

1

**STIPULATED REQUEST TO MODIFY PRE-TRIAL SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF AND EXPERT WITNESS DISCLOSURE and ORDER**

This case was filed on June 8, 2017. (Docket No. 1.) Aramark filed an Answer on July 13, 2017. (Docket No. 7). The parties exchanged initial disclosures in mid-November 2017 and since have both propounded written discovery requests. The Court issued its Pretrial Scheduling Order on November 16, 2017. (Docket No. 9). Among the scheduling deadlines set forth in that Order is a non-expert discovery cut-off of April 30, 2018 (Docket No. 9, p.2:1-11), and an expert witness disclosure deadline of June 28, 2018 (Docket No. 9, p. 2:2-24).

The parties have encountered certain disputes about responses to written discovery requests but have been meeting and conferring amicably in effort to resolve the disputes without resort to court intervention. The parties anticipate that it will be unlikely that any discovery motions will be required if given more time to work out the issues.

The parties also agree that certain witness depositions should be taken, including the deposition of Plaintiff Leonard Brown. But the parties have not been able to schedule all such depositions within the discovery deadline as a result of scheduling conflicts. Nonetheless, the parties are in agreement about conducting the depositions as soon as possible and have agreed on a date certain for Plaintiff Brown's deposition – May 29, 2018 should the Court permit an extension of the discovery cut-off – and are in the process of scheduling dates certain for other depositions.

Additionally, both parties anticipate that more written discovery requests may be required as follow-up to the discovery requests already propounded.

Despite their good faith efforts at conducting discovery within the limits set forth by the Pretrial Scheduling Order, the parties have been unable to finish within the limited period provided for by the order – November 16, 2017 to April 30, 2018. A slightly longer period – just two months more – will provide the parties with the time necessary to finish depositions and follow up on written discovery requests. The parties also submit that as a result of the extended discovery period, one more month would be necessary to allow the parties and their experts time for preparation of expert witness disclosures after the modified close of discovery.

Accordingly, the parties submit that good cause exists to extend the discovery cut-off and expert disclosures to permit sufficient time to resolve these matters.

**IT IS SO STIPULATED**.

DATED: April 11, 2018          MASTAGNI HOLSTEDT, APC

By: /s/
GRANT A. WINTER
Attorneys for Plaintiff Leonard Brown

DATED: April 11, 2018          MORGAN, LEWIS & BOCKIUS LLP

By: /s/
Candace Rose DesBaillets
Attorneys for Defendant Aramark

**ORDER**

Based on the representation of the Parties in their Stipulated Request to Modify Pre-Trial Scheduling Order to Extend Discovery Cut-Off and Expert Witness Disclosure, the Court finds that there is GOOD CAUSE to modify the Pretrial Scheduling Order as follows:

1. The non-expert discovery completion date is extended to June 30, 2018.

2. Disclosure of expert witnesses is extended to July 31, 2018.

**IT IS SO ORDERED.**

Dated: April 16, 2018

Troy L. Nunley
United States District Judge

**STIPULATED REQUEST TO MODIFY PRE-TRIAL SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF AND EXPERT WITNESS DISCLOSURE and ORDER**